## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

AMANDA KURTZ,                          )
                                       )
      Plaintiff,                       )
                                       )
v.                                     )      Case No.: 3:10-cv-00976-WDS-CJP
                                       )
GOLD'S ST. LOUIS d/b/a GOLD'S GYM,     )
DAVID TATE, and CADE PRYOR             )
,                                      )
      Defendants.                      )

### MOTION TO DISMISS WITH PREJUDICE

Plaintiff, with the stipulation of Defendants, hereby moves to dismiss this action against

Defendants <u>with</u> prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

Brunton Law Offices, P.C.

By: _____
     Michael J. Brunton, #6206663
     Mary M. Stewart, #6200773
     819 Vandalia (HWY 159)
     Collinsville, IL 62234
     Telephone: (618) 343-0750

Attorneys for Plaintiff

SO ORDERED:

_____
United States District Judge William D. Stiehl

DATE ENTERED: _____

7