## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AMANDA KURTZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NO.  10-cv-976-WDS** |
| | ) | |
| **GOLD'S ST. LOUIS d/b/a GOLD'S GYM,** | ) | |
| **DAVID TATE, and CADE PRYOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 9, 2011 (doc. 27), and the Motion to Dismiss with Prejudice (doc. 30), this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

**NANCY J. ROSENSTENGEL**
**CLERK OF COURT**


BY:  _/s/ Cheryl A. Ritter_____
**Deputy Clerk**

Dated:   18 July 2011


APPROVED: WILLIAM D. STIEHL
                    U. S. DISTRICT JUDGE